---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| IN RE ---------------------------- | NAME OF JOINT DEBTOR -------------- |
| **The Bell Family Trust** | N/A |
| ALL OTHER NAMES ------------------ | ALL OTHER NAMES ------------------- |
| | N/A |
| None | |
| SOC. SEC./TAX I.D. NO. ----------- | SOC. SEC./TAX I.D. NO. ------------ |
| **72-6171427** | N/A |
| STREET ADDRESS OF DEBTOR --------- | STREET ADDRESS OF JOINT DEBTOR ---- |
| **101 Chateau Place** | N/A |
| **Lafayette, LA 70503** | |
| COUNTY -------- TEL- | COUNTY -------- TEL- N/A |
| **Lafayette** | N/A |
| MAILING ADDRESS OF DEBTOR -------- | MAILING ADDRESS OF JOINT DEBTOR --- |
| **101 Chateau Place** | N/A |
| **Lafayette, LA 70503** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR ---------------------
 N/A

VENUE -----------------------------------------------------------------
Debtor has been domiciled or has had a residence, principal place of
business, or principal assets in this District for 180 days
immediately preceding the date of this petition or for a longer part
of such 180 days than in any other District.
---------------------- INFORMATION REGARDING DEBTOR -------------------

| | |
|---|---|
| TYPE: **Business Trust** | CHAPTER OF BANKRUPTCY CODE |
| NATURE: **Business Trust** | UNDER WHICH THE PETITION |
| A. TYPE OF BUSINESS | IS FILED: 7 |
| | FILING FEE |
| **Business Trust** | Attached |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS ------------------------- |
| **Business Trust for farming and oil and gas production** |

| | |
|---|---|
| STATISTICAL/ADMINISTRATIVE INFORMATION--- | ATTORNEY NAME(S)/ADDRESS -- |
| Debtor estimates that funds will be | **D. PATRICK KEATING** |
| available for distribution to unsecured | |
| creditors. | Bar #14417/7230 |
| | **117 West Landry Street** |
| ------------------- range -- (sard code)- | P.O. Box 490 |
| NO. OF CREDITORS **1-15** (1) | **Opelousas, LA 70571** |
| ASSETS (thousands) **100-499** (3) | |
| LIABIL. (thousands) **50-99** (2) | **(337) 594-8200** |
| NO. OF EMPLOYEES **N/A** | |
| EQUITY SEC. HOLDERS **N/A** | |

----------------------------------------THIS SPACE FOR COURT USE ONLY

W. Simmons Sandoz
PO Box 471
Opelousas, LA 70571





GERALD H. SCHIFF, Judge
Relief Ordered
Filing Fees Paid
— Installment Fees



Name of Debtor:                           Case No.:
**The Bell Family Trust**

--------------------------------------------------------------

----------- PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS -----------
Location Where Filed ----------------- Case Number ---- Date Filed ---
No Prior Bankruptcies

- PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE -
Name of Debtor ----------------------- Case Number ---- Date Filed ---
No Pending Bankruptcies

Relationship ------- District ------------ Judge --------------------

-------------------- REQUEST FOR RELIEF -----------------------
Debtor is eligible for and requests relief in accordance with the
chapter of title 11 United States Code specified in this petition.
-------------------------- SIGNATURES ----- *3/7/02* ----------------

Attorney signature                      Date
------------------- CORPORATE OR PARTNERSHIP DEBTOR -----------------
I declare under penalty of perjury that the information provided in
this petition is true and correct, and that I have been authorized to
file this petition on behalf of the debtor.

**Sue Bell**                            Date: 3/7/02
**Trustee**

-------------------------- EXHIBIT A ---------------------------
| | Exhibit A is attached and made a part of this petition.
----- INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS ------
I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title
11, U.S.C., understand the relief available under such chapter, and
choose to proceed under chapter 7 of such title.  If I am represented
by an attorney, Exhibit B has been completed.

Signature of Debtor                     Signature of Joint Debtor
Date:
-------------------------- EXHIBIT B ---------------------------
I, the attorney for the debtor(s) named in the foregoing petition,
declare that I have informed the debtor(s) that the debtor(s) may
proceed under chapter 7, 11, 12, or 13 of title 11 United States
Code, and have explained the relief available under such chapter.

Signature of Attorney                   Date
--------------------------------------------------------------

UNITED STATES BANKRUPTCY COURT FOR THE
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

In re: **The Bell Family Trust**
     Debtor
                                  Case No. (if known)

STATEMENT OF FINANCIAL AFFAIRS

---

1.  Income from employment or operation of business.

NONE  State the gross amount of income the debtor has received from
| |    employment, trade, or profession, or from operation of debtor's
business from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during
the two years immediately preceding this calendar year.

| | | | |
|---|---|---|---|
| This year: | 19 **1** Amount: | **90,100.00** |
| Source: | **Farming and oil and gas production** | |
| Last year: | 19 **0** Amount: | **106,000.00** |
| Source: | **Farming and oil and gas production** | |
| Previous year: | 1999 Amount: | **80,000.00** |
| Source: | **Farming and oil and gas production** | |
| Previous year: | 19 0 Amount: | |
| Source: | **Farming and oil and gas production** | |

---

2.  Income other than from employment or operation of business.

NONE  State the amount of income received by the debtor other than from
|X|    employment, trade, profession, or operation of the debtor's
business during the two years immediately preceding the
commencement of this case.

---

3.  Payments to creditors.

NONE  a. List all payments on loans, installment purchases of goods or
| |    services, and other debts, aggregating more than $600 to any
creditor, made within 90 days immediately preceding the
commencement of this case.

**Stan Gauthier**              Amount still owing:     **9,700.00**
**1001 West Pinhook**
**Building 3, Suite 106**
**Lafayette, LA  70503**
12/26/01  **Stan Gauthier received $866.52.**
12/28/01  **Stan Gauthier received $6,000.00.**

**2/28/02  Stan Gauthier recieved $4,500.00.**

---

NONE
|X|

b. List all payments made within one year immediately preceding
the commencement of this case to or for the benefit of creditors
who are or were insiders.

---

4.  Suits and administrative proceedings, executions,
    garnishments, and attachments.

NONE
| |

a. List all suits and administrative proceedings to which the
debtor is or was a party within one year immediately preceding the
filing of this bankruptcy case.

Lawsuits involving non-creditors:
**Ruby Bell, Mildred Bell, Cheri Bell Fontenot, Brady Bell,
Tonya Bell Doggett and Roy Bell vs Sue Bell, Individually and
as Trustee of The Bell Family Trust, Docket No. 2001-6482D,
15th JDC, Lafayette Parish, Louisiana**

---

NONE
|X|

b. Describe all property that has been attached, garnished, or
seized under any legal or equitable process within one year
immediately preceding the commencement of this case.

---

5.  Repossessions, foreclosures, and returns.

NONE
|X|

List all property that has been repossessed by a creditor, sold
at a foreclosure sale, transferred through a deed in lieu of
foreclosure or returned to the seller, within one year immediately
preceding the commencement of this case.

---

6.  Assignments and receiverships.

NONE
|X|

a. Describe any assignment of property for the benefit of
creditors made within 120 days immediately preceding the
commencement of this case.

---

NONE
|X|

b. List all property which has been in the hands of a custodian,
receiver or court-appointed official within one year immediately
preceding the commencement of this case.

---

Page 2

In re **The Bell Family Trust**
　　　Debtor　　　　　　　　　　　　　Case No. (if known)

　　7.　Gifts.

NONE　List all gifts or charitable contributions made within one year
|X|　immediately preceding the commencement of this case except
　　ordinary and usual gifts to family members aggregating less than
　　$200 in value per individual family member and charitable
　　contributions aggregating less than $100 per recipient.

---

　　8.　Losses.

NONE　List all losses from fire, theft, other casualty or gambling
|X|　within one year immediately preceding the commencement of this
　　case or since the commencement of this case.

---

　　9.　Payments related to debt counseling or bankruptcy.

NONE　List all payments made or property transferred by or on behalf of
| |　the debtor to any persons, including attorneys, for consultation
　　concerning debt consolidation, relief under the bankruptcy law or
　　preparation of a petition in bankruptcy within one year
　　immediately preceding the commencement of this case.

　　**D. PATRICK KEATING**
　　**117 West Landry Street**
　　**P.O. Box 490**
　　**Opelousas, LA　70571**
　　**(337) 594-8200**
　　Filing fee:　　　　**200.00**
　　Attorney's fees:　**1,000.00**
　　Source was:　　　　**Debtor's earnings**
　　Date(s) of payment:

---

　　10. Other transfers.

NONE　List all other property, other than property transferred in the
| |　ordinary course of the business or financial affairs of the
　　debtor, transferred either absolutely or as security within one
　　year immediately preceding the commencement of this case.

　　**On August 31, 2000 Sue Bell, Trustee recieved 186 acres and a**
　　**home owned by The Bell Family Trust in full satisfaction of**
　　**services rendered by Sue Bell as Trustee to the Trust since**
　　**August 13, 1996 to August 31, 2001.　Sue Bell valued her**
　　**services at $266,468.60.**

In re **The Bell Family Trust**
Debtor

Case No. (if known)

---

11. Closed financial accounts.

NONE
|X|
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.

---

12. Safe deposit boxes.

NONE
|X|
List each safe deposit box or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

---

13. Setoffs.

NONE
|X|
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.

---

14. Property held for another person.

NONE
|X|
List all property owned by another person that the debtor holds or controls.

---

15. Prior address of debtor.

NONE
|X|
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

---

16. Nature, location, and name of business.

NONE
|X|
a. For individuals, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

Page 4

NONE   b. If the debtor is a partnership, list the names and addresses of
|X|    all businesses in which the debtor was a partner or owned 5
       percent or more of the voting securities, within the two years
       immediately preceding the commencement of this case.

NONE   c. If the debtor is a corporation, list the names and addresses of
|X|    all businesses in which the debtor was a partner or owned 5
       percent or more of the voting securities, within the two years
       immediately preceding the commencement of this case.

17. Books, records, and financial statements.

NONE   a. List all bookkeepers and accountants who within the six years
| |    immediately preceding the filing of this bankruptcy case kept or
       supervised the keeping of books of account and records of the
       debtor.

       **Cohen & Reed, CPA**

NONE   b. List all firms or individuals who within the two years
| |    immediately preceding the filing of this bankruptcy case have
       audited the books of account and records, or prepared a financial
       statement of the debtor.

       **Cohen & Reed, CPA**

NONE   c. List all firms or individuals who at the time of the
| |    commencement of this case were in possession of the books of
       account and records of the debtor.

       **Sue Bell, Trustee and Cohen & Reed, CPA**

NONE   d. List all financial institutions, creditors, and other parties,
|X|    including mercantile and trade agencies, to whom a financial
       statement was issued within the two years immediately preceding
       the commencement of this case by the debtor.

18. Inventories.

In re **The Bell Family Trust**
  Debtor                                        Case No. (if known)


NONE   a. List the dates of the last two inventories taken of your
|X|    property, the name of the person who supervised the taking of each
       inventory, and the dollar amount and basis of each inventory.

---

NONE   b. List the name and address of the person having possession of
|X|    the records of each of the two inventories reported in a., above.

---

19. Current Partners, Officers, Directors, and Shareholders.

NONE   a.  If the debtor is a partnership, list the nature and percentage
|X|    of partnership interest of each member of the partnership.

---

NONE   b. If the debtor is a corporation, list all officers and directors
| |    of the corporation, and each stockholder who directly or
       indirectly owns, controls, or holds 5 percent or more of the
       voting securities of the corporation.


**Brady Bell**
**2314 Kaliste Saloom Road**           Nature and percentage of interest:
**Apartment 316**                      **6% income and principal beneficiary**
**Lafayette, LA   70508**



**Mildred Bell**
**1012 St. Julien**                    Nature and percentage of interest:
**Suite B2**                           **17% income and principal beneficiary**
**Kenner, LA   70065**



**Ruby E. Bell**
**8350 Placide Road**                  Nature and percentage of interest:
**Maurice, LA   70556**                **17% income and principal beneficiary**


                                                                    Page 6

In re **The Bell Family Trust**
  Debtor                                Case No. (if known)


**W. Roy Bell**
**14178 Lovett Road**          Nature and percentage of interest:
**Baton Rouge, LA  70818**     **17% income and principal beneficiary**


**Tonya Lynn Doggett**
**P.O. Box 946**               Nature and percentage of interest:
**Carencro, LA  70520**        **6% income and principal beneficiary**


**Cheri Bell Fontenot**
**757 West Main Street**       Nature and percentage of interest:
**Ville Platte, LA  70586**    **6% income and principal beneficiary**


**Lovenia B. Mull**
**612 North Starrett Road**    Nature and percentage of interest:
**Metairie, LA  70003**        **17% income and principal beneficiary**

---

20. Former partners, officers, directors, and shareholders.

NONE  a. If the debtor is a partnership, list each member who withdrew
|X|   from the partnership within one year immediately preceding the
      commencement of this case.

---

NONE  b. If the debtor is a corporation, list all officers or directors
| |   whose relationship with the corporation terminated within one
      year immediately preceding the commencement of this case.

**On August 31, 2001 Sue Bell withdrew as income and principal
beneficiary of The Bell Family Trust**

---

21. Withdrawals from a partnership or distributions by a
    corporation.

NONE   If the debtor is a partnership or corporation, list all
| |    withdrawals or distributions credited or given to an insider,
       including compensation in any form, bonuses, loans, stock
       redemptions, options exercised and any other perquisite during one
       year immediately preceding the commencement of this case.

**See Attached Schedule 1**

Page 8

# THE BELL FAMILY TRUST
## Schedule 1
### Statement of Financial Affairs
Withdrawals or Distributions Given to Insider Within Last Year

| Date | Recipient | Amount |
|------|-----------|--------|
| 3/10/01 | Nedia Bell | $ 357.06 |
| 4/1/01 | Sue Bell | $1,000.00 |
| 5/1/01 | Sue Bell | $1,064.29 |
| 5/1/01 | Sue Bell | $1,000.00 |
| 5/26/01 | Sue Bell | $ 180.00 |
| 6/1/01 | Sue Bell | $1,000.00 |
| 6/19/01 | Sue Bell | $ 728.36 |
| 6/28/01 | Sue Bell | $1,000.00 |
| 6/28/01 | Sue Bell | $ 174.87 |
| 6/30/01 | Sue Bell | $ 505.42 |
| 7/31/01 | Sue Bell | $1,000.00 |
| 8/1/01 | Sue Bell | $3,000.00 |
| 8/19/01 | Sue Bell | $ 476.16 |
| 8/20/01 | Sue Bell | $9,000.00 |
| 8/21/01 | Sue Bell | $ 587.53 |
| 10/4/01 | Sue Bell | $1,141.51 |
| 10/4/01 | Sue Bell | $1,483.29 |
| 11/5/01 | Sue Bell | $ 372.55 |
| 12/20/01 | Sue Bell Holdings | $ 365.55 |
| 12/26/01 | Sue Bell | $ 330.00 |
| 12/28/01 | Sue Bell | $ 192.92 |
| 2/28/02 | Sue Bell | $1,600.00 |

In re **The Bell Family Trust**
     Debtor

Case No. (if known)

(The penalty for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, **Sue Bell, Trustee** for **The Bell Family Trust** named as the debtor in
this case, declare under penalty of perjury that I have read the
foregoing **Statement of Financial Affairs**, consisting of 9 sheets
(including this declaration), and that it is true and correct to the
best of my information and belief.

Signature: _Sue E Bell_      Date: _3/7/02_

    **Sue Bell**
    **Trustee**

Pag

UNITED STATES BANKRUPTCY COURT FOR THE
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

In re: **The Bell Family Trust**
      Debtor

Case No. (if known)

```
===================== SUMMARY OF SCHEDULES =========================
-------------------------------------------------------------------
|   Schedule name     | No. Sheets  | Assets | Liabilities | Other
-------------------------------------------------------------------
 X (mark if attached)
===================================================================
___  A - Real Property         1      110,000.00 --------------------
___  B - Personal Property     3          200.00 --------------------
___  C - Property Claimed
         as Exempt             1      ------------------------------
___  D - Creditors Holding            ------------------------------
         Secured Claims        1      -------------        0.00 -------
___  E - Creditors Holding            ------------------------------
         Unsecured Priority           ------------------------------
         Claims                1      -------------        0.00 -------
___  F - Creditors Holding            ------------------------------
         Unsecured Non-                ------------------------------
         priority Claims       2      -------------    50,469.28 -------
___  G - Executory Contracts          ------------------------------
         and Unexpired                 ------------------------------
         Leases                1      ------------------------------
___  H - Codebtors             1      ------------------------------
___      Current Income of            ------------------------------
         Corporate Debtor    N/A      --------------------        0.00
___      Current Expenditures         ------------------------------
         of Corporate                  ------------------------------
         Debtor                2      --------------------      121.00
-------------------------------------------------------------------
      Summary Sheet  |   1  |*********************************
   Total No. Sheets  |  14  |*********************************
      Total Assets ->|      110,200.00|*********************
          Total Liabilities -> |       50,469.28 |*******
              Total No. of Creditors -> |        8 |*******
===================================================================
```

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of Debtor interest in property | Amount of secured claim |

**103.5 acres of farmland**         Debtor interest:      110,000.00

Location:
Nature of interest:
Possession: **In debtor possession.**


                                           Total:      **110,000.00**

In re **The Bell Family Trust**
    Debtor

Case No. (if known)

SCHEDULE B - PERSONAL PROPERTY

```
===================================================================
| Type of property                  | Current market value of debtor|
|------------------------------------| interest in property without  |
| Description and location of property | deducting any secured claim |
===================================================================
```

1. Cash on hand.
   None
2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.

   **Bank One checking account**    Debtor interest:    **200.00**

   Location: **In debtor possession.**

3. Security deposits with public utilities, telephone companies, landlords, and others.
   None
4. Household goods and furnishings, including audio, video, and computer equipment.
   None
5. Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.
   None
6. Wearing apparel.
   None
7. Furs and jewelry.
   None
8. Firearms and sports, photographic, and other hobby equipment.
   None
9. Interests in insurance policies.
   None
10. Annuities.
    None
11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.
    None
12. Stock and interests in incorporated and unincorporated businesses.
    None
13. Interests in partnerships or joint ventures.
    None
14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    None

15. Accounts receivable.
    None
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    None
17. Other liquidated debts owing debtor including tax refunds.
    None
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    None
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    None
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.

    **Claim against Sue Bell for**        Debtor interest:              **unknown**
    **accounting and management of Trust**
    **assets**

    Location: **In debtor possession.**

    **Claim for damages for wrongful**    Debtor interest:              **unknown**
    **issuance of TRO against Ruby Bell,**
    **Mildred Bell, Cheri Bell Fontenot,**
    **Brady Bell and Tonya Bell Doggett**

    Location: **In debtor possession.**

21. Patents, copyrights, and other intellectual property.
    None
22. Licenses, franchises, and other general intangibles.
    None
23. Automobiles, trucks, trailers, and other vehicles or accessories.
    None
24. Boats, motors, and accessories.
    None
25. Aircraft and accessories.
    None
26. Office equipment, furnishings, and supplies.
    None
27. Machinery, fixtures, equipment, and supplies used in business.
    None
28. Inventory.

                                                               Page 2

        None
29. Animals.
        None
30. Crops - growing or harvested.
        None
31. Farming equipment and implements.
        None
32. Farm supplies, chemicals, and feed.
        None
33. Other personal property of any kind not already listed.
        None

                                    Total:        **200.00**

                                                  Page 3

In re **The Bell Family Trust**
        Debtor                                    Case No. (if known)


                    SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

```
=====================================================================
| Description of property          |
| ---------------------------------| Current market value of property
| Specify exemption law and value  | without deducting exemption
| claimed exempt                   |
=====================================================================
```

None

In re **The Bell Family Trust**
    Debtor                                      Case No. (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

None

| | |
|---|---|
| Subtotal this page: | **0.00** |
| Total: | **0.00** |

In re **The Bell Family Trust**
    Debtor

Case No. (if known)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

|X|   Debtor has no creditors holding unsecured priority claims.

TYPES OF PRIORITY CLAIMS:

| |   WAGES, SALARIES, AND COMMISSIONS
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

| |   CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

| |   CERTAIN FARMERS OR FISHERMEN
    Claims of certain farmers or fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

| |   DEPOSITS BY INDIVIDUALS
    Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. sec. 507(a)(6).

| |   ALIMONY, MAINTENANCE, OR SUPPORT
    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. sec. 507(a)(7).

| |   TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(8).

| |   COMMITMENTS TO MAINTAIN CAPITAL OF INSURED DEPOSITORY INSTITUTION
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Controller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. sec. 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **The Bell Family Trust**
      Debtor                             Case No. (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
==================================================================
Creditor's name and complete mailing address    |
including zip code                               |
------------------------------------------------ | Amount of claim
Date claim was incurred and consideration for claim. |
If claim is subject to setoff, so state.         |
==================================================================
```

| | |
|---|---|
| Account no.:<br>**Armato & Creely**<br>**P.O. Box 441**<br>**Gretna, LA 70054**<br>Date incurred:<br>Consideration for claim:<br>Claim is: **Fixed and liquidated.** | Amount of claim:     **2,300.00** |
| Account no.:<br>**Sue Bell**<br>**101 Chateau Place**<br>**Lafayette, LA 70503**<br>Date incurred:<br>Consideration for claim:<br>Claim is: **Fixed and liquidated.** | Amount of claim:    **19,819.28** |
| Account no.:<br>**Cohen & Reed**<br>**P.O. Box 52543**<br>**Lafayette, LA 70505**<br>Date incurred:<br>Consideration for claim:<br>Claim is: **Fixed and liquidated.** | Amount of claim:      **100.00** |
| Account no.:<br>**Kenneth Gaspard**<br>**7338 Highway 700**<br>**Kaplan, LA 70548**<br>Date incurred:<br>Consideration for claim:<br>Claim is: **Fixed and liquidated.** | Amount of claim:    **17,600.00** |

                          Subtotal this page:    **39,819.28**

In re **The Bell Family Trust**
     Debtor                              Case No. (if known)

| | |
|---|---|
| Account no.: | Amount of claim:     350.00 |
| **Mickey Mason** | |
| **P.O. Box 3265** | |
| **Lafayette, LA  70502** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:     100.00 |
| **Lou Bell Mull** | |
| **612 North Starrett Road** | |
| **Metairie, LA  70003** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:     9,700.00 |
| **Stan Gauthier** | |
| **1001 West Pinhook** | |
| **Building 3, Suite 106** | |
| **Lafayette, LA  70503** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:     500.00 |
| **Sue Bell Holdings** | |
| **101 Chateau Place** | |
| **Lafayette, LA  70503** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

                                     Subtotal this page:     **10,650.00**
                                               Total:     **50,469.28**

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor interest. State whether lease is for non-residential real property. State contract number of any governmental contract. |
|---|---|

None

In re **The Bell Family Trust**
     Debtor

Case No. (if known)

SCHEDULE H - CODEBTORS

```
==================================================================
| Name and address of codebtor    | Name and address of creditor |
==================================================================
```

None

In re **The Bell Family Trust**
Debtor

Case No. (if known)

CURRENT MONTHLY INCOME AND EXPENDITURES OF BUSINESS DEBTOR

CURRENT MONTHLY BUSINESS INCOME

Total:  **0.00**
Source:

CURRENT MONTHLY BUSINESS EXPENSES

| | | |
|---|---|---:|
| 1. | Rent/Mortgage payment | 0.00 |
| 2. | Repair/Upkeep | 0.00 |
| 3. | Electricity and heating fuel | 0.00 |
| 4. | Water and sewer | 0.00 |
| 5. | Telephone | 0.00 |
| 6. | Garbage | 0.00 |
| 7. | Security | 0.00 |
| 8. | Other utilities: | 0.00 |
| 9. | Insurance: | |
| | **Property Insurance** | 121.00 |
| 10. | Taxes: | 0.00 |
| 11. | Installment payments on equipment: | 0.00 |
| 12. | Rental/lease payments: | 0.00 |
| 13. | Maintenance of equipment: | 0.00 |
| 14. | Advertising | 0.00 |
| 15. | Bank service charges | 0.00 |
| 16. | Interest | 0.00 |
| 17. | Depreciation | 0.00 |
| 18. | Office expenses | 0.00 |
| 19. | Dues and publications | 0.00 |
| 20. | Laundry or cleaning | 0.00 |
| 21. | Supplies and materials | 0.00 |
| 22. | Freight | 0.00 |
| 23. | Travel and entertainment | 0.00 |
| 24. | Wages and salaries | 0.00 |
| 25. | Commissions | 0.00 |
| 26. | Employee benefit programs | 0.00 |
| 27. | Pensions/profit sharing plans | 0.00 |
| 28. | Production costs: | 0.00 |
| 29. | Other expenses: | 0.00 |

Total Current Monthly Expenses                121.00

Excess of Income over Expenses               -121.00

In re **The Bell Family Trust**
     Debtor

Case No. (if known)

(The penalty for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,**Sue Bell, Trustee** for **The Bell Family Trust** named as the debtor in
this case, declare under penalty of perjury that I have read the
foregoing **Summary and Schedules**, consisting of 14 sheets (including
this declaration), and that it is true and correct to the best of my
information and belief.

Signature: _Sue Bell_       Date: _3|7|02_
             **Sue Bell**
             **Trustee**

Page 2